MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

```
CENTENE PHARMACY SERVICES, INC.            )
                                           )
Plaintiff(s),                              )
                                           )
vs.                                        )   Case No.
                                           )
CAREMARKPCS HEALTH, L.L.C. and             )
CVS CAREMARK PART D SERVICES, L.L.C.       )
                                           )
Defendant(s).                              )
```

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for `CVS Caremark Part D Services, L.L.C.` hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):
      `Not applicable`

   b. Its parent companies or corporations (if none, state "none"):
      `Not applicable`

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
      `Not applicable`

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
      `Not applicable`

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   `CVS Caremark Part D Services, L.L.C. is a Delaware limited liability company and a citizen of Rhode Island. Its sole member is Caremark Rx, L.L.C. Caremark Rx, L.L.C. is a Delaware limited liability company and a citzen of Rhode Island. Its sole member is CVS Pharmacy, Inc. CVS Pharmacy, Inc. is a Rhode Island corporation that maintains its principal place of business in Rhode Island. It is a citizen of Rhode Island.`

   Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001              DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

/s/Gerald P. Greiman
Signature (Counsel for Plaintiff/Defendant)
Print Name: Gerald P. Greiman, #26668
Address: 1 N. Brentwood Blvd., #1200
City/State/Zip: St. Louis, MO 63105
Phone: (314) 863-7733

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: June 10, 20 24.

/s/Gerald P. Greiman
Signature